UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOHN BRANDT : Civil Action No. 06-5639(FLW)
    Plaintiff,
        v. : ORDER

SHEREE GANEY
    Defendant,

    This matter having been opened by the Court sua sponte; for appointment of counsel to Plaintiff John Brandt,

    IT IS on this 16th day of January, 2009,

    ORDERED THAT Vincent E. Gentile, Esq. & Kristine Dress, Esq., from the firm of Drinker, Biddle & Reath, LLP is hereby appointed counsel for the plaintiff pursuant to 28 U.S.C. 1915(e).


s/Freda L. Wolfson
Freda L. Wolfson
United States District Judge


RECEIVED
JAN 16 2009
AT 8:30_____M
WILLIAM T. WALSH
CLERK